# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John W Chandler,<br><br>       Plaintiff,<br><br>v.<br><br>Megan J Brennan, et al.,<br><br>       Defendants. | **NO. CV-20-00924-PHX-DWL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed January 31, 2024, which granted the Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

                                         Debra D. Lucas
                                         District Court Executive/Clerk of Court

January 31, 2024

                                      s/ K. James
                                 By   Deputy Clerk